THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent. Actions Nos. 1 and 2.

*Crimes — unlawful practice of law — when information charging a corporation with unlawful practice of law in drawing a contract for sale of real property and a deed, bond and mortgage, properly dismissed.*

*People* v. *Title Guarantee & Trust Co.,* 191 App. Div. 165, affirmed.

(Argued December 7, 1920; decided December 31, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial

department, entered March 5, 1920, which reversed two judgments of the Court of Special Sessions of the city of New York convicting the defendant of unlawfully practicing law in violation of section 280 of the Penal Law and dismissed the information, which, in each case, charged the defendant, a corporation, with holding itself out to the public as being entitled to practice law and to render and furnish legal services and advice, and furnishing attorneys and counsel. In case No. 1 the information charged the prohibited acts to have been committed on January 24, 1918, in connection with the drawing of a certain contract and writing in which one Vincent S. Todaro agreed to transfer the title of certain real property to one Charles L. Bowen, and by its agents and employees advised the said Charles L. Bowen and the said Vincent S. Todaro by statements and representations as to the legal effect of said instrument. In case No. 2 the information charged the prohibited acts to have been committed on January 29, 1918, and described the legal services to have been in connection with drawing and attending to the execution of three legal instruments in writing, namely, a deed, a bond and a mortgage, which deed purported to convey the title of said real estate from one Vincent S. Todaro to one Charles L. Bowen, and a mortgage by said Charles L. Bowen to said Vincent S. Todaro, and a bond by said Charles L. Bowen to said Vincent S. Todaro, referring to said mortgage and giving legal advice in regard thereto, and with regard to the passing and closing of the title in respect to real estate.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* and *Harry G. Anderson* of counsel), for appellant.

*Charles E. Hughes, Isidor J. Kresel* and *Harland B. Tibbetts* for respondent.

Judgments affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.